UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:11-CR-141(01)RM |
| | ) | |
| LARRY E. ROTH | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 9, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 15], ACCEPTS defendant Larry Roth's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  February 1, 2012 

       /s/ Robert L. Miller, Jr. 
      Judge, United States District Court